**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Eugene JOHNSON, Defendant– Appellant.**

No. 16–6017

United States Court of Appeals, Fourth Circuit.

Submitted: May 26, 2016

Decided: June 1, 2016

Eugene Johnson, Appellant Pro Se. Dominick Salvatore Gerace, II, Assistant United States Attorney, Brian R. Hood, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Johnson appeals from the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Johnson, No. 3:90–cr–00113–JRS–1 (E.D. Va. Dec. 18, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED